■ FAY F. LUDWIG, as Administratrix of the Estate of MICHAEL LUDWIG, Deceased, Respondent, v AMERICAN LAFRANCE, INC., Respondent, and CITY OF SYRACUSE, Appellant.—Order unanimously affirmed, with costs. Memorandum: This negligence cause of action arose on January 13, 1971 when plaintiff's intestate suffered fatal injuries while employed as a fireman of the City of Syracuse and engaged in fighting a fire. Suit was commenced in February, 1972. The city's original answer contained a cross claim against codefendant American LaFrance for indemnity based upon breach of warranty with respect to the aerial fire truck on which plaintiff's intestate was working at the time of his accident. In February, 1975 after extensive preliminary proceedings had been completed and the case had appeared on the Day Calendar, the city moved to amend its answer to assert a cross claim against codefendant American LaFrance, similarly based upon breach of warranty, for property damage to the fire truck sustained in the accident. The existence of the city's possible claim was obvious from the outset, and Special Term's order denying leave to amend the answer was a proper exercise of discretion. (Appeal from order of Onondaga Supreme Court in action for damages for wrongful death.) Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ.

■ WILLIAM P. WARNER et al., Respondents, v CROUSE-IRVING MEMORIAL HOSPITAL, Defendant, and DAVID W. BREWER et al., Appellants.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Hancock, J. The case is distinguishable from *Rabetoy v Atkinson* (49 AD2d 691) (see, *Marco v Sachs,* 10 NY2d 542 and *Orloff Towers v Vermilya-Brown Co.,* 50 AD2d 740). (Appeal from order of Onondaga Supreme Court denying motion to dismiss medical malpractice action.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.